UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
ELIZABETH NAZARIO, *individually and on behalf of* : 
*all others similarly situated*, :
: 
                      Plaintiff, :    REPORT &
:     RECOMMENDATION
  -against- :    20-CV-1542 (EK) (SMG)
:
STEPHEN EINSTEIN & ASSOCIATES, P.C., :
:
                      Defendant. :
---------------------------------------------------------------------x
STEVEN M. GOLD, U.S. Magistrate Judge:

       Plaintiff, represented by counsel, commenced this action on March 25, 2020. There is no indication that the complaint has been served.

       On July 16, 2020, I issued an Order directing plaintiff to show cause by July 24, 2020, why this case should not be dismissed for failure to timely serve the complaint. Plaintiff failed to respond. Accordingly, because it appears that plaintiff has not served defendant within 90 days of filing her complaint, *see* Fed. R. Civ. P. 4(m), I respectfully recommend that this action be dismissed with prejudice for failure to prosecute.

       Any objections to the recommendation contained in this Report must be filed within fourteen days of the date of this Report, and in any event, no later than August 12, 2020. Failure to object to this Report may waive the right to appeal the District Court's Order. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989).

                                                     /s/
                                        Steven M. Gold
                                        United States Magistrate Judge

Brooklyn, New York
July 29, 2020

*U:\#ECC 2019-2020\Misc Projects\20-cv-1542 Nazario Failure to Comply.docx*

2