```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

ELIZABETH NAZARIO, *individually and*
*on behalf of all others similarly
situated*,                                        **MEMORANDUM & ORDER**
                                                   20-CV-1542 (EK)(SMG)
                  Plaintiff,

           -against-

STEPHEN EINSTEIN & ASSOCIATES, P.C.,

                  Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Steven M. Gold's Report and Recommendation (R&R) dated July 29, 2020. ECF No. 7. Judge Gold recommends that this case be dismissed for failure to timely serve the complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *Id.* Neither party filed objections and the time to do so has expired. Accordingly, the Court reviews the R&R for clear error on the face of the record. *See, e.g., Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018). Having reviewed the record, the Court finds no clear error. Accordingly, the Court adopts the R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1). Therefore, this action is

dismissed with prejudice.  The Clerk of Court is respectfully directed to enter judgment and close this case.

    SO ORDERED.

                                          /s Eric Komitee
                                         ERIC KOMITEE
                                         United States District Judge

Dated:    October 13, 2020
            Brooklyn, New York