UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ELIZABETH NAZARIO, individually and on behalf
of all others similarly situated,

                    Plaintiff,

                    JUDGMENT
                    20-CV-1542 (EK)(SMG)

    -against-

STEPHEN EINSTEIN & ASSOCIATES, P.C.,

                    Defendant.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on October 13, 2020, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated July 29, 2020, dismissing this action with prejudice; it is

       ORDERED and ADJUDGED that this action is dismissed with prejudice.

Dated: Brooklyn, NY  
       October 14, 2020

                    Douglas C. Palmer
                    Clerk of Court

                    By: */s/Jalitza Poveda*
                        Deputy Clerk